# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ON–LINE TRAVEL COMPANY
(OTC)/HOTEL BOOKING ANTITRUST
LITIGATION                                                                            MDL No. 2405

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –1)

On December 11, 2012, the Panel transferred 1 civil action(s) to the United States District Court for the Northern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* ____F.Supp.2d_____ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the Northern District of Texas. With the consent of that court, all such actions have been assigned to the Honorable Jane J Boyle.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Texas and assigned to Judge Boyle.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Texas for the reasons stated in the order of December 11, 2012, and, with the consent of that court, assigned to the Honorable Jane J Boyle.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Texas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 20, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ON–LINE TRAVEL COMPANY (OTC)/HOTEL BOOKING ANTITRUST LITIGATION  MDL No. 2405

## SCHEDULE CTO–1 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 12–04582 | Ulaby v. Expedia, Inc. et al |
| CAN | 3 | 12–04754 | Wittenberg v. Expedia, Inc. et al |
| CAN | 3 | 12–04805 | Piening et al v. Expedia, Inc. et al |
| CAN | 3 | 12–04883 | Romanelli v. Expedia, Inc. et al |
| CAN | 3 | 12–04975 | Greenberg v. Expedia, Inc. et al |
| CAN | 3 | 12–05234 | Wagner v. Expedia, Inc. et al |
| CAN | 3 | 12–05353 | Stevenson v. Expedia, Inc. et al |
| CAN | 3 | 12–05444 | Shames v. Expedia, Inc. et al |
| CAN | 3 | 12–05573 | Winkelstein v. Expedia, Inc. et al |
| CAN | 3 | 12–05709 | Williamson v. Orbitz Worldwide, Inc. et al |
| CAN | 3 | 12–05816 | Martinez v. Kimpton Hotel & Restaurant Group, LLC et al |
| CAN | 3 | 12–06171 | Patrick v. Expedia, Inc. et al |
| CAN | 4 | 12–04673 | Olcott v. Kimpton Hotel & Restaurant Group, LLC et al |
| CAN | 4 | 12–05220 | Maness v. Expedia, Inc. et al |
| CAN | 4 | 12–05803 | Margolick v. Expedia, Inc. et al |
| CAN | 4 | 12–06009 | Kelly v. Expedia, Inc. et al |
| **CONNECTICUT** | | | |
| CT | 3 | 12–01382 | Rich et al v. Expedia, Inc et al |
| **INDIANA SOUTHERN** | | | |
| INS | 1 | 12–01441 | GOLD SEAL TERMITE & PEST CONTROL CO. v. ORBITZ WORLDWIDE, INC. et al |
| **MARYLAND** | | | |
| MD | 1 | 12–02883 | Skidmore v. Expedia, Inc. et al |
| MD | 1 | 12–03556 | Bondar v. Expedia, Inc. et al |
| MD | 8 | 12–03179 | Murray v. Marriott International, Inc. et al |

MINNESOTA

| MN | 0 | 12–02731 | Mooney v. Priceline.Com Incorporated et al |

(Above row struck through)

NEW YORK SOUTHERN

| NYS | 1 | 12–06827 | Carullo v. Hotels.com LP et al |
| NYS | 1 | 12–08573 | Testani v. Hotels.com LP et al |

OKLAHOMA WESTERN

| OKW | 5 | 12–00968 | Walker v. Orbitz Worldwide Inc et al |

PENNSYLVANIA EASTERN

| PAE | 2 | 12–05419 | BROWN v. EXPEDIA, INC. et al |

TEXAS NORTHERN

| TXN | 3 | 12–03916 | Bennett v. Orbitz Worldwide Inc et al |
| TXN | 3 | 12–03917 | Newman et al v. Orbitz Worldwide Inc et al |

WASHINGTON WESTERN

| WAW | 2 | 12–01519 | Ellens v. Expedia Inc et al |